UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

KEITH THOMAS,

    Plaintiffs,

-against-

ASCAP, PRESIDENT, JOHN DOE;
MOTOWN, RECORD INC., PRESIDENT
JOHN DOE, ET,

    Defendants.
------------------------------------------------X

**CIVIL JUDGMENT**

07 Civ. 9437 (KMW)

    Pursuant to the order issued __FEB 0 5 2008__ by the Honorable Kimba M. Wood, Chief Judge, dismissing the complaint, it is,

    ORDERED, ADJUDGED AND DECREED: That the complaint is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the this order would not be taken in good faith.

                                                  _/s/ Kimba Wood_
                                                  KIMBA M. WOOD
                                                  Chief Judge

Dated: FEB 0 5 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON __2/6/08__ .