UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __9__

Thomas
-v-
ASCAP

U.S.C.A. # _____
U.S.D.C. # __07-cv-9437__
JUDGE: __KMW__
DATE: __2/29/2008__

FEB 29 2008

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------

**DOCUMENT DESCRIPTION**                                          **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( X ) Original Record                              ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 29th Day of February, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Thomas

-v-

ASCAP

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-9437

JUDGE: KMW

DATE: 2/29/2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __8__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 27th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED, PLRA, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-09437-KMW
### Internal Use Only

Thomas v. ASCAP et al
Assigned to: Judge Kimba M. Wood
Cause: 17:101 Copyright Infringement

Date Filed: 10/23/2007
Date Terminated: 02/05/2008
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Keith Thomas.(jeh) (Entered: 10/30/2007) |
| 10/23/2007 | 2 | COMPLAINT against ASCAP, John Doe, John Doe. Document filed by Keith Thomas.(jeh) (Entered: 10/30/2007) |
| 10/23/2007 |  | Magistrate Judge Douglas F. Eaton is so designated. (jeh) (Entered: 10/30/2007) |
| 10/23/2007 | 3 | 30 DAYS ORDER; As plaintiff has failed to sign his Prison Authorization Form, he is granted an additional thirty (30) days from the date of this order to do so. The Clerk of Court is directed to assign a civil docket number to this action solely for the purpose of this order. If plaintiff fails to comply with this order within the time allowed, the complaint shall be dismissed. The Court certifies pursuant to 28 U.S.C. 1915 (a) (3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/23/2007) (jeh) (Entered: 10/30/2007) |
| 12/11/2007 | 4 | PRO SE MEMORANDUM dated 12/11/07 re: CHANGE OF ADDRESS for Keith Thomas. New Address: CDC- T-67081, High Desent State Prison, D-1 Cell-121, PO Box 33, Susanville, CA, 961127. (tro) (Entered: 12/12/2007) |
| 01/03/2008 | 5 | PRISON AUTHORIZATION FORM signed and filed by Keith Thomas. (jeh) (Entered: 01/09/2008) |
| 01/03/2008 |  | Case Designated PLRA purs. to Prison Litigation Reform Act Section 7(2)(g)(2). (jeh) (Entered: 01/09/2008) |
| 02/05/2008 | 6 | JUDGMENT in favor of ASCAP, John Doe against Keith Thomas that the complaint is dimissed and any appeal would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/5/08) (jf) (Additional attachment(s) added on 2/6/2008: # 1 notice to right to appeal) (jf). (Entered: 02/06/2008) |
| 02/05/2008 | 7 | ORDER OF DISMISSAL; The Court grants plaintiff's request to proceed in forma pauperis, but dismisses the complaint for the reasons set forth below; Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. section 1915(a)(1), is dismissed because it fails to state a claim on which relief may be granted. 28 U.S.C. section 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. section 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/5/08) (ae) (Entered: 02/11/2008) |
| 02/26/2008 | 8 | NOTICE OF APPEAL from 6 Judgment. Document filed by Keith Thomas. (tp) (Entered: 02/28/2008) |
| 02/26/2008 |  | Appeal Remark as to 8 Notice of Appeal filed by Keith Thomas. $455.00 APPEAL FEE DUE. IFP REVOKED 2/5/08. (tp) (Entered: 02/28/2008) |
| 02/28/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 8 Notice of Appeal. (tp) (Entered: 02/28/2008) |
| 02/28/2008 |  | Transmission of Notice of Appeal to the District Judge re: 8 Notice of Appeal. (tp) (Entered: 02/28/2008) |